| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JOHN ALLEN CROSTHWAIT, § § Plaintiff, § § versus § § MAILROOM PERSONNEL, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:22-CV-290 |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, John Allen Crosthwait, an inmate confined at the Mark Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Mailroom Personnel and Mailroom Supervisor FNU Pickett.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On September 28, 2023, the magistrate judge entered a Report and Recommendation in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#12).  To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] A copy of the Report and Recommendation was returned undeliverable with the notation "RTS" (#13).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#12) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  A final judgment will be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 2nd day of November, 2023.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE